IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

STATE OF WASHINGTON,          )          No. 82188-1-I
                              )
          Respondent,         )
                              )
     v.                       )
                              )
JAMES CURWOOD,                )          UNPUBLISHED OPINION
                              )
          Appellant.          )
                              )

PER CURIAM — James Curwood appeals from the trial court's restitution order. He contends, and the State concedes, that the trial court did not comply with RCW 9.94A.753(1) by failing to set a minimum monthly restitution payment. Curwood does not challenge the amount of restitution. We accept the State's concession and remand for the trial court to set a minimum monthly payment.

Remanded with instruction.

FOR THE COURT:

_____
Coburn, J.

_____          _____
Dwyer, J.                              Smith, J.